# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BETTY LOU COYLE,      :   No. 29 WAL 2016

        Respondent    :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

        v.                      :

REED B. COYLE, III,         :

        Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.